IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM MCKEE**                                                                                    **PLAINTIFF**

v.                              CASE NO. 4:19-CV-677-BSM

**SINGH RAVINDERPAL,**
**AND/OR RAVINDERPAL SINGH,**
**GURM TRANPORT INC,**
**and JOHN DOES 1-5**                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to today's order awarding damages, judgment is entered for Kim McKee against defendants in the amount of $2,454,688.05, and costs are taxed against defendants.

IT IS SO ORDERED this 27th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE